# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| m2 LEASE FUNDS LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SILVERTHREAD FALLS MIAMI, LLC;<br>SILVERTHREAD FALLS, LLC; and<br>SUTHERLAND ASSET 1, LLC,<br><br>        Defendants. | Case No.<br><br>Judge:<br><br>**NOTICE OF REMOVAL** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

Defendant Sutherland Asset I, LLC (incorrectly named as Sutherland Asset 1, LLC) ("Sutherland"), hereby removes the state court action captioned *m2 Lease Funds LLC v. Silverthread Falls Miami, LLC*, Case No. 2017CV001774, in the Circuit Court of Waukesha County, Wisconsin (the "State Court Action"), to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Sutherland states as follows:

1.    Plaintiff m2 Lease Funds LLC ("Plaintiff") initiated this lawsuit against Sutherland, Silverthread Falls Miami, LLC ("Silverthread Miami"), and Silverthread Falls, LLC (individually, "Silverthread Falls" and, collectively, the "Defendants") by filing his Complaint ("Complaint") in the Circuit Court of Waukesha County, Wisconsin, on October 9, 2017.

2.    On December 8, 2017, Sutherland was served with the Summons and the Complaint, attached as Exhibit 1. Removal is therefore timely because Sutherland has removed the case within thirty days of being served with the Summons and the Complaint.

3. Exhibit 1 constitutes all the process, pleadings, and orders served upon Sutherland in the State Court Action.

4. Written notice of this filing is concurrently being given to the adverse party as required by law. A true and accurate copy of this Notice of Removal and the Notice of Removal of Civil Action are concurrently being filed with the Clerk of the Circuit Court of Waukesha County, Wisconsin, as required by 28 U.S.C. § 1446(d), with the Notice of Removal of Civil Action attached as Exhibit 2.

5. This case is properly removable to this Court because Sutherland has satisfied the procedural requirements for removal pursuant to 28 U.S.C. §§ 1441 and 1446 and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

6. Sutherland has contacted Silverthread Miami and Silverthread Falls regarding whether they consent to the removal but to date has not received a response from either entity.

7. Venue is proper in the Eastern District of Wisconsin because the Circuit Court of Waukesha County, Wisconsin, is within the Eastern District of Wisconsin.

**COMPLETE DIVERSITY OF CITIZENSHIP EXISTS**

8. When determining diversity jurisdiction pursuant to 28 U.S.C. § 1332 a business organized as a corporation is deemed to be a citizen of the state by which it is incorporated and also a citizen of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

9. The Plaintiff's allegations concerning its citizenship are incomplete. Compl. ¶ 1. M2 Lease Funds LLC is a corporation organized and existing under the laws of the State of Wisconsin with its principal place of business in Wisconsin.

10. Thus, the Plaintiff is a citizen of Wisconsin. Exhibit 1, Compl., ¶ 1. The Wisconsin corporate registration is attached as Exhibit 3.

11. The Plaintiff's allegations concerning Sutherland are incomplete. Exhibit 1, Compl. at ¶ 4. Sutherland is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.

12. Thus, Sutherland is a citizen of Delaware and New York for the purpose of determining diversity. The Delaware corporate registration is attached as Exhibit 4. *See* 28 U.S.C. § 1332(c)(1).

13. The Plaintiff's allegations concerning Silverthread Miami are incomplete. Exhibit 1, Compl. at ¶ 2. Silverthread Miami is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Florida.

14. Thus, Silverthread Miami is a citizen of Delaware and Florida for the purpose of determining diversity. The Delaware corporate registration is attached as Exhibit 5. *See* 28 U.S.C. § 1332(c)(1).

15. The Plaintiff's allegations concerning Silverthread Falls are incomplete. Exhibit 1, Compl. at ¶ 3. Silverthread Falls is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.

16. Thus, Silverthread Falls is a citizen of Delaware and New York for the purpose of determining diversity. The Delaware corporate registration is attached as Exhibit 6. *See* 28 U.S.C. § 1332(c)(1).

17. The Plaintiff is a citizen of Wisconsin and the Defendants are citizens of Delaware (all of the Defendants), New York (Sutherland and Silverthread Falls), and Florida (Silverthread Miami).

18. Complete diversity of citizenship exists between the Plaintiff and the Defendants.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

19.     This case satisfies the amount in controversy requirement for removal because Plaintiff seeks to recover an amount in excess of $75,000, exclusive of interests and costs.

20.     The Plaintiff alleges "there is due and owing to m2 on the indebtedness evidences by the Lease the amount of $82,764.56." Compl. ¶ 7

21.     Although Sutherland reserves the right to object to the damages sought by the Plaintiff and dispute that the Plaintiff is entitled to recover any damages, the Plaintiff asks for an amount in excess of $75,000, exclusive of interests and costs.

22.     Thus, the amount in controversy requirement is satisfied for the purpose of determining diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441.

WHEREFORE, Defendant Sutherland gives notice that the matter captioned *m2 Lease Funds LLC v. Silverthread Falls Miami, LLC*, Case No. 2017CV001774, in the Circuit Court of Waukesha County, Wisconsin is removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and requests that this Court retain jurisdiction for all further proceedings. In the event Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Sutherland requests the opportunity to submit additional arguments or evidence in support of removal as may be necessary.

Respectfully submitted,

Dated: January 8, 2018

/s/ Catherine Faught Pollard
Catherine Faught Pollard
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277-5379
Facsimile: (414) 271-3552
Catherine.Faught@quarles.com

Douglas L. Prochnow *(pro hac vice pending)*
Blake A. Angelino *(pro hac vice pending)*
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
Douglas.Prochnow@FaegreBD.com
Blake.Angelino@FaegreBD.com

*Attorneys for Defendant Sutherland Asset I, LLC, incorrectly named as Sutherland Asset 1, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2018, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of Courts using the CM/ECF system and e-served the same to the following:

Russell S. Long
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202
Tel:   414.276.0200
Fax:   414.278.3656
Email: RLong@DKAttorneys.com

*Attorneys for Plaintiff*

                                                /s/ Catherine Faught Pollard
                                                Catherine Faught Pollard