UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

m2 LEASE FUNDS LLC

       Plaintiff,

v.

SILVERTHREAD FALLS MIAMI, LLC, et al.,

       Defendants.

Case No. 18-CV-45

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), m2 Lease Funds LLC dismisses this action as to all defendants with prejudice.

Dated March 9, 2018.

DAVIS & KUELTHAU, s.c.
Attorneys for Plaintiff
m2 LEASE FUNDS LLC

s/ Russell S. Long
Russell S. Long (SBN 1008602)
Elizabeth K. Miles (SBN 1064284)
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
(414) 225-1456
rlong@dkattorneys.com